**Quincy A. GRAY, Petitioner–Appellant,**

v.

**Loretta KELLY, Respondent–Appellee.**

**No. 01–7291.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Quincy A. Gray, pro se. John H. McLees, Jr., Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Quincy A. Gray appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the rec-

ord and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Gray v. Kelly,* No. CA–00–1397–AM (E.D. Va. filed July 17, 2001; entered July 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*